2013–1925.   State ex rel. Parisi v. Heck.
Montgomery App. No. 25709, 2013-Ohio-4948. This cause is pending before the court as an appeal

from the Court of Appeals for Montgomery County.

Upon consideration of appellant's motion for mediation, it is ordered by the court that the motion is denied.